Cause No. 14-0029X

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | |
| | § | HARRISON COUNTY, TEXAS |
| BRAD DUNN | § | 71ST JUDICIAL DISTRICT |

FILED FOR RECORD
HARRISON COUNTY, TEXAS
CLERK DISTRICT COURT

2015 MAR -6 PM 2:12

DEBBIE AUTREY
Deputy

## NOTICE OF APPEAL

Defendant Brad Dunn, files this notice of appeal to the Sixth District Court of Appeals of the conviction in the above cause.

RESPECTFULLY SUBMITTED,

_____
Brad Dunn, Defendant
P.O. Drawer R
Marshall, Texas 75671

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing motion was delivered to the State on March 6, 2015 by hand delivery to the Harrison County District Attorney's Office.

_____